UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH N. BROYLES, STEVEN D. COLLINS, SR., AND EILEEN COLLINS, as representatives of CA HIGH YIELD FUND, LLC, CA HIGH YIELD OFFSHORE FUND, LTD., CA CORE FIXED INCOME FUND, LLC, CA FOR FIXED INCOME OFFSHORE FUND, LTD., CA STRATEGIC EQUITY FUND, LLC, and CA STRATEGIC EQUITY OFFSHORE FUND, LTD. | CIVIL ACTION NO. 3:10-CV-857<br><br>JUDGE JACKSON<br><br>MAGISTRATE JUDGE DALBY |
| v. | |
| CANTOR FITZGERALD & CO., CANTOR FITZGERALD SECURITIES, CANTOR FITZGERALD, L.P., CF GROUP MANAGEMENT, INC., CFLP CFS I HOLDINGS, L.P., CFS CF & CO. HOLDINGS, LLC., CFS CF & CO. I HOLDINGS, L.P., THOMAS JOSEPH ANZALONE, DOUGLAS RANKIN BARNARD, IRVIN GOLDMAN, GINA HUBBELL, EDWARD LASCALA, WILLIAM HOWARD LUTNICK, SHAWN PETER MATTHEWS, STEPHEN M. MERKEL, ANDREW CRAIG WELLS, COMMONWEALTH ADVISORS, INC., WALTER A. MORALES III, JENNIFER O. MORALES, JAMES F. O'BEIRNE, NOEL CALDWELL, WILLIE GERALD WARRINGTON, JR., CA HIGH YIELD FUND, LLC, CA HIGH YIELD OFFSHORE FUND, LTD., CA CORE FIXED INCOME FUND, LLC, CA CORE FIXED INCOME OFFSHORE FUND, LTD., CA STRATEGIC EQUITY FUND, LLC, and CA STRATEGIC EQUITY OFFSHORE FUND, LTD. | |

## EX PARTE MOTION FOR EXTENSION

NOW INTO COURT, through undersigned counsel, come defendants, Cantor Fitzgerald & Co., Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., CF Group Management, Inc., CFLP CFS I Holdings, L.P., CFS CF & Co. Holdings, LLC, CFS CF & Co. I Holdings, L.P., Thomas Joseph Anzalone, Douglas Rankin Barnard, Irvin Goldman, Gina Hubbell, Edward Lascala, William Howard Lutnick, Shawn Peter Matthews, Stephen M. Merkel, and Andrew Craig Wells (the "defendants") , who appearing solely for the purpose of this motion, reserving all rights and defenses, and without waiver thereof, respectfully move this Honorable Court for an extension of time pursuant to Local Rule 7.9 of twenty-one (21) days, or until and through January 19, 2011, for the purpose of filing responsive pleadings, or otherwise responding to plaintiffs' Petition for Damages (filed in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, and removed to this Court on December 22, 2010 (hereinafter "Complaint") filed herein.  Movants certify that this is its first request for an extension of time for pleading purposes sought from this Court in connection with plaintiffs' Complaint, that defendants' responsive pleading is otherwise due on December 29, 2010, that, given the holidays, defendants need additional time to prepare a responsive pleading, and that plaintiffs have not filed into the record an objection to such extension of time.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   /s/ Jane A. Robert
       Michael D. Hunt, Bar No. 7061
       Jane A. Robert, Bar No. 19123
       II City Plaza
       400 Convention Street • Suite 1100
       Baton Rouge, Louisiana 70802-5618
       P.O. Box 4412
       Baton Rouge, Louisiana 70821-4412
       Telephone: (225) 346-0285
       Telecopier: (225) 381-9197
       Email: huntm@phelps.com
              robertj@phelps.com

*Of counsel:*

**WILLIAMS & CONNOLLY LLP**
Dane H. Butswinkas
R. Hackney Wiegmann
Marcie R. Ziegler
James H. Weingarten
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Cantor Fitzgerald & Co.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing *Ex Parte Motion for Extension* was filed on this 22nd day of December, 2010, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

       /s/ Jane A. Robert
       Jane A. Robert, Bar Roll No. 19123

3

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH N. BROYLES, STEVEN D. COLLINS, SR., AND EILLEEN COLLINS, as representatives of CA HIGH YIELD FUND, LLC, CA HIGH YIELD OFFSHORE FUND, LTD., CA CORE FIXED INCOME FUND, LLC, CA FOR FIXED INCOME OFFSHORE FUND, LTD., CA STRATEGIC EQUITY FUND, LLC, and CA STRATEGIC EQUITY OFFSHORE FUND, LTD. | CIVIL ACTION NO. 3:10-CV-857<br><br>JUDGE JACKSON<br><br>MAGISTRATE JUDGE DALBY |
| v. | |
| CANTOR FITZGERALD & CO., CANTOR FITZGERALD SECURITIES, CANTOR FITZGERALD, L.P., CF GROUP MANAGEMENT, INC., CFLP CFS I HOLDINGS, L.P., CFS CF & CO. HOLDINGS, LLC., CFS CF & CO. I HOLDINGS, L.P., THOMAS JOSEPH ANZALONE, DOUGLAS RANKIN BARNARD, IRVIN GOLDMAN, GINA HUBBELL, EDWARD LASCALA, WILLIAM HOWARD LUTNICK, SHAWN PETER MATTHEWS, STEPHEN M. MERKEL, ANDREW CRAIG WELLS, COMMONWEALTH ADVISORS, INC., WALTER A. MORALES III, JENNIFER O. MORALES, JAMES F. O'BEIRNE, NOEL CALDWELL, WILLIE GERALD WARRINGTON, JR., CA HIGH YIELD FUND, LLC, CA HIGH YIELD OFFSHORE FUND, LTD., CA CORE FIXED INCOME FUND, LLC, CA CORE FIXED INCOME OFFSHORE FUND, LTD., CA STRATEGIC EQUITY FUND, LLC, and CA STRATEGIC EQUITY OFFSHORE FUND, LTD. | |

# ORDER

Considering the foregoing Ex Parte Motion for Extension filed by defendants, Cantor Fitzgerald & Co., Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., CF Group Management, Inc., CFLP CFS I Holdings, L.P., CFS CF & Co. Holdings, LLC, CFS CF & Co. I Holdings, L.P., Thomas Joseph Anzalone, Douglas Rankin Barnard, Irvin Goldman, Gina Hubbell, Edward Lascala, William Howard Lutnick, Shawn Peter Matthews, Stephen M. Merkel, and Andrew Craig Wells,

IT IS HEREBY ORDERED that defendants' Motion be, and the same is hereby GRANTED, and that defendants have until and through January 19, 2011, within which to file responsive pleadings, or otherwise respond to plaintiffs' Complaint.

Baton Rouge, Louisiana this \_\_\_\_ day of December, 2010.

_____
JUDGE