UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**JOSEPH N. BROYLES**            **CIV. ACTION NO. 3:10-857**
                                 **JJB-CBW**
**V.**

**CANTOR FITZGERALD & CO, ET AL.**

# FIRST REPORT OF SPECIAL MASTER

After reviewing the pleadings in this case and various rulings made by the Court, the undersigned has concluded that the "Motion *in limine* to Exclude the Expert Testimony of Edwin Witham" (Docket No. 10-854, Rec. Doc. 591) is *moot*, and can be dismissed as such. The undersigned notified the parties by Minute Entry of May 21, 2017 [Rec. Doc. 129] that unless some objection was filed by May 26, 2017 that I intended to recommend to the Court that this motion be dismissed as *moot*. No objection has been filed.

It further appears to me that the "Motion to Strike Expert Reports and Testimony" (Docket No. 10-854, Rec. Doc. 586[1]) has been decided by the Court as to Mr. Monteleone, but not as to Messers Urban and Favret. The parties were also notified as to my conclusion regarding this motion. Again, no objection to my conclusion has been filed.

---

[1] In my Minute Entry I transposed the Document Number. The correct Document Number is set out herein.

Accordingly;

**IT IS RECOMMENDED** that the "Motion *in limine* to Exclude the Expert Testimony of Edwin Witham" (Docket No. 10-854, Rec. Doc. 591) be dismissed as *moot*;

**IT IS FURTHER RECOMMENDED** that the that the "Motion to Strike Expert Reports and Testimony" (Docket No. 10-854, Rec. Doc. 586) be **terminated** as to Mr. Monteleone **only**.

**Any party wishing to object to this Recommendation shall file its objections no later than 21 days from service of this Recommendation.**

Baton Rouge, Louisiana, May 30, 2017.

C. MICHAEL HILL
SPECIAL MASTER