UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**JOSEPH N. BROYLES**            **CIV. ACTION NO. 3:10-857**
                                 **JJB-CBW**
**V.**

**CANTOR FITZGERALD & CO, ET AL.**

### SECOND REPORT OF SPECIAL MASTER

The Defendants, Stone and Young and Anthony Guaimano (the "S&Y Parties"), have filed an *Ex Parte* Motion to Strike [Rec. Doc. 114], it's prior Response and Motion to Strike and Correct Inaccuracies [Rec. Doc. 110], on the grounds that it is duplicative with other pleadings [Rec. Doc. 112 and 113] filed in compliance with the direction of the undersigned. This Motion [Rec. Doc. 114] has been referred to the undersigned. [Rec Doc. 144]. No opposition has been filed.

I find that the Motion is well founded and without apparent opposition. Therefore, for the reasons set out in the said motion;

**IT IS RECOMMENDED** that the Court **GRANT** "The Motion to Strike Rec. Doc. 110". [Rec. Doc. 114].

**Any party wishing to object to this Recommendation shall file its objections no later than 7 days from service of this Recommendation.**[1]

Baton Rouge, Louisiana, July 6, 2017.

C. MICHAEL HILL<br>SPECIAL MASTER

---

[1] Because the Motion was filed *ex parte*, and because there was no opposition filed to the Motion, the undersigned has lessened the time delay for opposition from 21 to 7 days from the date of service.