UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH H. BROYLES

VERSUS

CANTOR FITZGERALD & CO., ET AL

CIVIL ACTION

NO. 10-857-JJB-CBW

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Second Report and Recommendation of Special Master C. Michael Hill, dated July 6, 2017 (Doc. No. 145) to which no objection has been filed.

The court hereby approves the report and recommendation of the Special Master and adopts it as the court's opinion herein. Accordingly, the "Motion to Strike Rec. Doc. 110" (Doc. No. 114) is GRANTED.

Signed in Baton Rouge, Louisiana, on July 18, 2017.

**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**