UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH H. BROYLES | CIVIL ACTION |
| VERSUS | |
| CANTOR FITZGERALD & CO., ET AL | NO. 10-857-JJB-CBW |

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Third Report and Recommendation of Special Master C. Michael Hill, dated July 23, 2017 (Doc. No. 154) to which no objection has been filed.

The court hereby approves the report and recommendation of the Special Master and adopts it as the court's opinion herein. Accordingly, the "Motion to Strike Youngblood's New Expert Opinions" (Doc. No. 113) and the "Motion to Strike Plaintiffs Consolidated Response on Youngblood" (Doc. No. 117) is **GRANTED** and the declarations of Dr. Youngblood are **STRICKEN**.

Signed in Baton Rouge, Louisiana, on August 2, 2017.

**JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**