UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH H. BROYLES

VERSUS

CANTOR FITZGERALD & CO., ET AL.

CIVIL ACTION

NO. 10-857-JJB-CBW

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of Special Master C. Michael Hill, dated August 18, 2017 (R. Doc. 169) to which no objection has been filed.

The court hereby approves the report and recommendation of the Special Master and adopts it as the Court's opinion herein. Accordingly, the "Defendants' Motion *In Limine* to Exclude Evidence as to One Witness' Opinion of Another Witness' Testimony" [R. Doc. 588; Docket No. 10-854] is GRANTED.

Signed in Baton Rouge, Louisiana, on September 7, 2017.

**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**