UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH H. BROYLES

VERSUS

CANTOR FITZGERALD & CO., ET AL

CIVIL ACTION

NO. 10-857-JJB-CBW

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Fifth Report and Recommendation of Special Master C. Michael Hill, dated August 29, 2017 (R. Doc. 178) to which no objection has been filed.

The court hereby approves the report and recommendation of the Special Master and adopts it as the court's opinion herein. Accordingly, "CA Funds' Motion to Strike Declarations of Kathy Poe and Mimi Fister" [Doc. No. 10-857, R. Doc. 141] is DENIED as MOOT. Further, the Stifle Entities' "Motion in Limine to Exclude Statements Made by Kathy Poe Regarding Stifle Financial's Assumption of Liabilities" [Docket No. 10-854, R. Doc. 587] is DENIED.

Signed in Baton Rouge, Louisiana, on September 20, 2017.

_____
**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**