**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| BROYLES, ET AL. | CIVIL ACTION |
| VERSUS | 10-857-SDD-CBW |
| CANTOR FITZGERALD & CO., ET AL. | |

## RULING AND ORDER

**CONSIDERING** the *Report and Recommendations*[1] entered in the above captioned matter and there having been no objections filed;

**IT IS HEREBY ORDERED** that this matter is DISMISSED without prejudice to the right, upon good cause shown within ninety (90) days, to reopen the action if the settlement is not consummated.

Signed in Baton Rouge, Louisiana on February 11, 2020.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 235, p. 5.